UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HECTOR E. ROMERO, | Case No. 3:26-cv-00105-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| ABRAM MINNITTE, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Hector E. Romero is an inmate in the custody of the Washoe County Detention Facility and brings this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation (ECF No. 3 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court deny Plaintiff's motion to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")). Plaintiff had until February 26, 2026 to object to the R&R. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends denying Plaintiff's IFP Application because his certified account statements indicate sufficient fund to pay the full filing fee. (ECF No. 3 at 2-3.) The Court agrees that Plaintiff does not qualify for IFP status and will give Plaintiff 30 days to pay the full filing fee.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's IFP Application (ECF No. 1) is denied. Plaintiff has 30 days from the date of this order to pay the full $405 filing fee. Failure to pay the filing fee within that time will result in the dismissal of this case without further notice and without prejudice. Once Plaintiff pays the full filing fee, his complaint will be screened under 28 U.S.C. § 1915A.

DATED THIS 6th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE