**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HECTOR E. ROMERO,

Plaintiff

v.

ARBAM MINNITTE, et al.,

Defendants

Case No.: 3:26-cv-00105-MMD-CSD

**Order**

Re: ECF No. 5

Plaintiff is an inmate in custody of the Washoe County Detention Facility (WCDF). The undersigned issued a report and recommendation that Plaintiff's application to proceed *in forma pauperis* be denied because Plaintiff's certified account statement indicated that he had sufficient funds to pay the filing fee. (ECF No. 3.) District Judge Du then issued an order adopting the report and recommendation and gave Plaintiff 30 days to pay the filing fee (on or before April 5, 2026). (ECF No. 4.) Plaintiff filed a motion acknowledging that he has sufficient funds to pay the filing fee, but he says WCDF does not have a policy to transfer funds from his inmate account to pay the filing fee to the court. (ECF No. 5.)

Plaintiff's motion (ECF No. 5) is **GRANTED** insofar as Plaintiff may send a copy of this Order to the WCDF and request that WCDF mail his $405 filing fee payment directly to the court and request that the check or money order be made payable to "Clerk, U.S. District Court."

///

///

///

Plaintiff has **60 days** from the date of this Order to pay the complete $405 filing fee. If the filing fee is not timely paid, or Plaintiff does not request an extension of time to submit the filing fee, this action may be dismissed without prejudice. Once the filing fee is paid, the court will screen Plaintiff's complaint.

**IT IS SO ORDERED**.

Dated: September 22, 2026

Craig S. Denney
United States Magistrate Judge